FILED
U.S. DISTRICT COURT

2015 MAR 27  A 10: 23

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| BRADY EAMES, Plaintiff,<br><br>Plaintiff,<br><br>vs.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT; THE DEPARTMENT OF JUSTICE, Defendants.<br><br>Defendants, | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br><br>Case No. 1:13cv179 |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Paul M. Warner on March 12, 2015, recommending that Defendants' Motion to Dismiss be granted.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after being served with a copy. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation.

Accordingly, the Defendants' Motion to dismiss is GRANTED.

IT IS SO ORDERED.

DATED this 27 day of March, 2015.

_____
Dee Benson
United States District Judge